# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHEZARAE WALTER,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
EGAN K. WALKER, DISTRICT JUDGE,
Respondents,
  and
WASHOE COUNTY DEPARTMENT OF
SOCIAL SERVICES; KARUK TRIBE;
AND ADRECSE ROBINSON, SR.,
Real Parties in Interest.

No. 71464

FILED

OCT 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order in an NRS Chapter 432B proceeding placing petitioner's child in an Indian foster home pursuant to the Indian Child Welfare Act, *see* 25 U.S.C. § 1915 (2012). Having considered the petition and supporting documentation, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. The ability to challenge an issue in the context of an appeal from a future judgment is considered an adequate and speedy legal remedy such that writ relief is precluded. NRS 34.170; *Beazer Homes Holding Corp. v. Eighth Judicial District Court*, 128 Nev. 723, 730, 291 P.3d 128, 133 (2012). Because, as appellant concedes, a decision on placement could be reviewed by this court

17-35627

through an appeal of a final order terminating parental rights, we decline to intervene at this time. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Egan K. Walker, District Judge
Washoe County Alternate Public Defender
Jedediah James Parr
Washoe County District Attorney
Nevada Legal Services/Carson City
Michael V. Roth
Washoe District Court Clerk